**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                          :   No. 418
                                :
APPOINTMENT TO THE MINOR COURT :   MAGISTERIAL RULES DOCKET
RULES COMMITTEE                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 9th day of February, 2018, Magisterial District Judge Daniel E. Butler, Allegheny County, is hereby appointed as a member of the Minor Court Rules Committee for a term of three years, commencing April 1, 2018.